JS-6

VIVIAN E. BILLUPS, A PROFESSIONAL CORPORATION
Vivian E. Billups, SBN 216804
417 S. Associated Road #213
Brea, California 92821
Phone: (714) 300-3022; Fax: (714) 200-0999
Email: vivianbillups@sbcglobal.net

Attorney for Plaintiffs
Victor Valley Union High School District and San Bernardino County Superintendent of Schools

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VALLEY UNION HIGH SCHOOL DISTRICT AND SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS<br><br>Plaintiffs,<br>v.<br>MAYA SATCHERWHITE AND MARY CLARK<br><br>Defendants. | Case No.: 5:16-cv-01414-R-KK<br><br>ORDER OF DISMISSAL<br><br>[Federal Rules of Civil Procedure Rule 41(a)(1)(i)]<br><br>*Filed Concurrently With [Proposed] Order of Dismissal* |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(i), the Court acknowledges that Plaintiffs Victor Valley Union High School District and San Bernardino County Superintendent of Schools filed a Notice of Voluntary Dismissal, which terminates this action in its entirety.

For the foregoing reasons, it is so ORDERED that the action is dismissed with prejudice.

DATED: October 11, 2016

_____
THE HON. MANUEL L. REAL JUDGE
OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER OF DISMISSAL
1